


IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARREN STRATFORD, BY NEXT FRIEND JACKSON NYAMWAYA | § § § § § | |
| Plaintiff | § § | |
| v. | § § | No. 4:19-cv-706-A |
| THYSSENKRUPP ELEVATOR CO. and RANDAL J. MASON | § § § § | |
| Defendants | § § | |

## PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff CARREN STRATFORD, by her Next Friend Jackson Nyamwaya, and appeals to the United States Court of Appeals for the Fifth Circuit from the following Orders of the United States District Court for the Northern District of Texas, Fort Worth Division:

1. November 21, 2019 Order (Dkt. 14) dismissing the claims and causes of action of plaintiff Carren Stratford, by her Next Friend Jackson Nyamwaya, against defendant Randal J. Mason and directing entry of judgment in accordance with the memorandum opinion and order signed November 21, 2019 (Dkt. 13).

Respectfully Submitted:



Kern A. Lewis
Texas Bar No. 12295320
*klewis@flbranson.com*

Frank L. Branson
Texas Bar No. 02899000
*flbranson@flbranson.com*

THE LAW OFFICES OF
FRANK L. BRANSON, P.C.
Highland Park Place

Page 1

        4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
214.522.0200 [Telephone]
214.521.5485 [Facsimile]

Michael C. Smith
Texas Bar No. 18650419
SEIBMAN, BURG, PHILLIPS & SMITH, LLP
113 East Austin Street
Marshall, Texas 75670
T: 903-938-8900
michaelsmith@seibman.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that on **December 16, 2019,** a true and correct copy of this Notice of Appeal was served on the following by email and by first-class mail.

Alan L. Rucker
Mayer LLP
750 N St. Paul Street, Suite 700
Dallas, TX 75201

Anne Johnson
Jason N. Jordan
Haynes and Boone, LLP
2323 Victory Ave, Suite 700
Dallas, Texas 75219

Kern A. Lewis