IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARREN STRATFORD, BY NEXT FRIEND JACKSON NYAMWAYA, | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 4:19-CV-706-A |
| THYSSENKRUPP ELEVATOR CO., ET AL., | § § § § | |
| Defendants. | § | |

ORDER

On February 7, 2020, plaintiff Carren Stratford, by her next friend Jackson Nyamwaya, and defendant, Thyssenkrupp Elevator Co., filed their joint status report. Per their report, the parties anticipate that plaintiff's children will soon file suit against defendant in state court and that defendant will remove such actions to federal court and seek consolidation with the above-captioned action. In light of this information, the court will not enter an order setting schedule in this action at this time.

So ORDERED.

SIGNED February 10, 2020.

_____
JOHN McBRYDE
United States District Judge