IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARREN STRATFORD, BY NEXT FRIEND JACKSON NYAMWAYA, ET AL., § § § | | |
| *Plaintiff* § § | | |
| v. § § § | No. 4:19-cv-706-A (consolidated with No. 4:20-cv-289-A) | |
| THYSSENKRUPP ELEVATOR CO. and RANDAL J. MASON § § § | | |
| Defendants § | | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## UNDER FRCP 41 (A)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Carren Stratford, by her Next Friend Jackson Nyamwaya, Jackson Nyamwaya, Individually and Jemimah Stratford, Individually (Plaintiffs) and Defendant Thyssenkrupp Elevator Corporation (Defendant or TKE) hereby file this Stipulation of Dismissal without prejudice.

1. This case arises out of an event which occurred on or about January 20, 2019. Limitations has not run for the causes of action asserted.

2. This stipulation is signed on behalf of all parties who have appeared in the case.

3. This stipulation is submitted in both Cause No. 4:19-cv-706-A and Cause No. 4:20-cv-289-A.

Respectfully Submitted:

_/s/ Frank L. Branson_____                    __/s/ Alan Rucker_____

| | |
|---|---|
| Frank L. Branson<br>Texas Bar No. 02899000<br>flbranson@flbranson.com<br><br>Kern A. Lewis<br>Texas Bar No. 12295320<br>klewis@flbranson.com<br>THE LAW OFFICES OF<br>FRANK L. BRANSON, P.C.<br>4514 Cole Avenue, 18th Floor<br>Dallas, Texas 75205<br>(214) 522-0200 [Telephone]<br>(214) 521-5485 [Facsimile]<br><br>William L. Kirkman<br>Texas Bar No. 11518700<br>billk@kirkmanlawfirm.com<br>KIRKMAN LAW FIRM, PLLC<br>201 Main Street, Ste 1160<br>Fort Worth, Texas 76102<br>(817) 336-2800 [Telephone]<br>(817) 877-1863 [Facsimile]<br><br>Michael C. Smith<br>State Bar No. 18650410<br>michaelsmith@siebman.com<br>Siebman, Forrest, Burg & Smith, LLP<br>113 E. Austin Street<br>Marshall, Texas  75670<br>(903) 938-8900 [Telephone]<br>(972) 767-4620 [Facsimile]<br><br>ATTORNEYS FOR PLAINTIFFS | Alan Rucker<br>Texas Bar No. 00788330<br>arucker@mayerllp.com<br><br>Wade L. McClure<br>Texas Bar No. 13428700<br>wmcclure@mayerllp.com<br>MAYER LLP<br>750 N St. Paul Street<br>Suite 700<br>Dallas, Texas 75201<br>(214) 379-6930 [Telephone]<br>(214) 379-6939 [Facsimile]<br><br>Anne M. Johnson<br>Texas Bar No. 00794271<br>Anne.Johnson@haynesboone.com<br>Jason Jordan<br>Texas Bar No. 24078760<br>Jason.Jordan@haynesboone.com<br><br>HAYNES AND BOONE<br>2323 Victory Ave. Ste 700<br>Dallas, TX 75219<br>(214) 651-5000 [Telephone]<br>(214) 651-5940 [Facsimile]<br><br>ATTORNEYS FOR DEFENDANT<br>THYSSENKRUPP ELEVATOR CORP.<br>AND RANDAL J. MASON |