RECEIVED
By TamaraEllis at 4:12 pm, Aug 28, 2020

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 28, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

  No. 20-10390   Carren Stratford, et al v. Thyssenkrupp
              Elevator Corp., et al
              USDC No. 4:19-CV-706 -A
              USDC No. 4:20-CV-289
              USDC No. 4:19-CV-706

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

  cc w/encl:
      Mr. Frank L. Branson III
      Mr. Andrew W. Guthrie
      Ms. Anne McGowan Johnson
      Mr. Jason Neal Jordan
      Mr. Kern Allen Lewis I
      Mr. Alan L. Rucker
      Mr. Seth Allen Sloan
      Mr. Michael Charles Smith